IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02491-MEH

TRUONG NGUYEN,

    Plaintiff,

v.

LIBERTY ACQUISITIONS SERVICING, LLC,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE
---

Before the Court is a Notice [Stipulation] of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed December 1, 2014; docket # 10]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 2nd day of December, 2014.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge